In the Matter of the Probate of a Paper Writing Propounded as the Last Will and Testament of Ellen Connor, Deceased. Margaret Callaghan, Appellant; Edward F. Moran, Executor, etc., Respondent. — Decree affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. Dominick Caldrella, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Scott and Dowling, JJ., dissented.

H. G. Vogel Company, Respondent, v. George N. Reinhardt, Appellant. — Determination affirmed, with costs, and judgment absolute ordered for plaintiff on defendant's stipulation. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

John D. Peters, Appellant, v. Ruud-Nilsen Company, Respondent. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The City of New York, Respondent, v. New York Trust Company, Appellant. — Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The People of the State of New York, Respondent, v. George Males, Appellant. — Judgment affirmed. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of Fannie King, Deceased. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Laughlin and Dowling, JJ., dissented.

Alice Bennett, an Infant, etc., Respondent, v. Louis J. Chayes, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Laughlin, J., dissented.

Michaelangelo Albanese, Respondent, v. Pittsburgh Contracting Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Julius Levy, Respondent, v. The Brooklyn Heights Railroad Company, Appellant. — Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $604.71; in which event, judgment as so modified and order affirmed, without costs. No opinion. Present — Ingraham, P..J., Laughlin, Clarke, Scott and Dowling, JJ.

Bernhard Schnitzler and Another, Doing Business under the Trade Name, etc., Respondents, v. Henry Waldes and Others, Copartners, etc., Appellants. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.